IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 20-01056-TOM13 |
| TEENECIA L TRANNON, ) | |
| SSS: ###-##-7172 ) | |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and objects to the confirmation of Debtor's plan and moves to dismiss this case based upon the following grounds:

1. The §341 Meeting of Creditors has been continued to a telephonic hearing on May 6, 2020.

2. The Debtors have not filed copies of all pay stubs received within 60 days of the petition date as required by § 521(a)(1)(B)(iv).

3. The Debtors have not provided all of the compliance documents required by Administrative Order 17-02, namely, an appraisal for the Debtors' real estate.

4. The plan proposes filing fees to be paid through the Trustee but there is a court order denying the Debtor's Application to Pay Filing Fees in Installments.

WHEREFORE, the Trustee objects to the confirmation of the Debtor's plan and moves to dismiss this case. The Trustee prays for such other relief as the Court deems appropriate.

Bradford W. Caraway
Chapter 13 Standing Trustee

By: /s/Mary Frances Fallaw
Mary Frances Fallaw
Staff Attorney
Post Office Box 10848
Birmingham, Alabama 35202
(205) 323-4631

UL

CERTIFICATE OF SERVICE

  I hereby certify that a correct copy of the forgoing Objection has been forwarded by email or U.S. Mail to the following on this the 4th day of May 2020:

GREENWAY BANKRUPTCY LAW LLC
paula@greenwaylaw.com

TEENECIA L TRANNON
4717 40TH PLACE NORTH
BIRMINGHAM, AL 35217

               /s/Mary Frances Fallaw
               Staff Attorney

UL

Case 20-01056-TOM13    Doc 50    Filed 05/04/20    Entered 05/04/20 08:40:56    Desc
Page 2 of 2